## IN THE CIRCUIT COURT FOR HARFORD COUNTY, MARYLAND

**PRESCOTT LOVERN, SR.**
15 E. Churchville Rd., STE 150
Bel Air, MD 21014
(941)-870-8072

      **PLAINTIFF,**

**V.**                                                      Case No. 12-C-17-2518

**CITIBANK, N.A.**
701 East 60th St. N.
Sioux Falls, SD 57104
(605)-331-2626

**MASTERCARD INCORPORATED**
2000 Purchase Street
Purchase, NY 10577
(914)-249-2000

      **DEFENDANTS.**

## ORDER

Upon consideration of Plaintiff's Opposition Motion to Defendants' Motion to Dismiss Complaint, and oral argument, if any, it is this _____ day of , _____ 2018, it is hereby

**ORDERED,** that Defendants' Motion to Dismiss is **DENIED**.

 

_____
Circuit Court Judge for Harford County