

# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND
### OFFICE OF THE CLERK

Felicia C. Cannon, Clerk of Court
Elizabeth B. Snowden, Chief Deputy
Catherine Stavlas, Chief Deputy

Reply to Northern Division Address

February 16, 2018

Prescott Lovern, Sr.
13 E. Churchville, Rd.
Suite 150
Bel Air, MD  21014

      RE:    Lovern v. Citibank N.A., et al
             USDC Case No. GLR-18-471

Dear Counsel/Party:

The above-captioned case has been removed from Circuit Court for Harford County to this Court and assigned the above case number.

                      Sincerely,
                      /s/
                      Felicia C. Cannon, Clerk

cc:    All counsel/parties

Removal Notification Letter (03/2014)

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

**Visit the U.S. District Court's Website at www.mdd.uscourts.gov**