## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**PRESCOTT LOVERN, SR.**
15 E. Churchville Rd., STE 150
Bel Air, MD 21014
(941)-870-8072

                          PLAINTIFF,

v.

**CITIBANK, N.A.**
701 East 60th St N.
Sioux Falls, SD 57104
(605)-331-2626


**MASTERCARD INCORPORATED**
2000 Purchase Street
Purchase, NY 10577
(914)-249-2000

                    DEFENDANTS.

Case No.: 1:18–cv–00471–GLR

## DEFENDANTS' RESPONSE TO
## STANDING ORDER CONCERNING REMOVAL

Defendants Citibank, N.A. ("Citibank") and Mastercard Incorporated ("Mastercard") (together, "Defendants") hereby respectfully submit this statement pursuant to Judge George L. Russell's Standing Order Concerning Removal as follows:

1.      Citibank received service of a copy of the Summons and Complaint on November 14, 2017.  Mastercard received service of a copy of the Summons and Complaint on November 10, 2017.

2.      Removal of this action is predicated on diversity jurisdiction.  Neither Citibank nor Mastercard is a citizen of Maryland.  Mastercard is a corporation duly organized and validly existing under the laws of the State of Delaware and maintains its

principal place of business in Purchase, New York.  Mastercard, therefore, is a citizen of Delaware and New York.  Citibank is a national banking association.  Citibank has its main office at 701 E. 60th Street North, Sioux Falls, SD 57104, and is therefore a citizen of South Dakota.

3.      Removal took place more than thirty days after Defendants received service of copies of Plaintiff's Summons and Complaint because Plaintiff's Complaint sought only declaratory relief and it was not possible to ascertain from the Complaint an amount in controversy.  Defendants first received notice of an amount in controversy when Plaintiff served his Opposition to Defendants' Motion to Dismiss and accompanying Exhibit.  He filed the document on January 23, 2018, and it was received by Mastercard on January 25, 2018 and Citibank on January 26, 2018.  Accordingly, Defendants' Notice of Removal is timely under 28 U.S.C. § 1446(b) because it was filed within thirty days of receipt of "other paper from which it may first be ascertained that the case is one which is or has become removable."  28 U.S.C. § 1446(b)(3).

4.      The state court action commenced less than a year before the date of removal.

5.      Mastercard filed the Notice of Removal with Citibank's consent noted therein and Citibank subsequently filed a joinder to the Notice of Removal.

Respectfully submitted this 23rd day of February, 2018.

_____/s/_____
Craig A. Benson
Paul, Weiss, Rifkind, Wharton &
Garrison, LLP
2001 K Street, NW
Washington, DC 20006
Tel: (202) 223-7343
Fax: (202) 204-7343
cbenson@paulweiss.com
*Counsel for Mastercard*


_____/s/_____
Paul J. Zidlicky
_____/s/_____
Colleen Lauerman (pro hac to be
submitted)
Sidley Austin LLP
1501 K Street, NW #600
Washington, DC 20005
Tel: (202) 736-8000
pzidlicky@sidley.com
clauerman@sidley.com

Benjamin R. Nagin (pro hac to be
submitted)
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
Tel: (212) 839-5300
bnagin@sidley.com

*Counsel for Citibank, N.A.*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of February 2018, I caused a true and

correct copy of the foregoing to be served on Plaintiff by overnight mail, as set forth

below:

Prescott Lovern, Sr.
15 E. Churchville Road, Suite 150
Bel Air, MD 21014
Phone: (941) 870-8072
Fax: (941) 803-0676
prescottl@rlassociateslaw.com
*Plaintiff*

_____/s/_____
Craig A. Benson
Paul, Weiss, Rifkind, Wharton &
Garrison, LLP
2001 K Street, NW
Washington, DC 20006
Tel: (202) 223-7343
Fax: (202) 204-7343
cbenson@paulweiss.com
*Counsel for Mastercard*