IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **PRESCOTT LOVERN, SR.**<br><br>PLAINTIFF,<br><br>v.<br><br>**CITIBANK, N.A.**<br>**MASTERCARD INCORPORATED**<br><br>DEFENDANTS. | Case No. 1:18-cv-471 |

**DEFENDANTS' RESPONSE TO**
**PLAINTIFF'S MOTION FOR RECONSIDERATION**

Defendants Mastercard Incorporated and Citibank, N.A. hereby file this Response to Plaintiff Prescott Lovern's Motion for Reconsideration Pursuant to Rule 60(b)(1)(6) & (c)(1) ("Motion" or "Mot."). On August 21, 2018, this Court granted Defendants' motion to dismiss and denied Plaintiff's motions for sanctions and remand ("the Order"). On November 29, 2018, Plaintiff filed a Motion asking the Court to "vacate its Order entered August 22, 2018, and remand the case to Circuit Court, Harford County Maryland." (Mot. at 6).

After Plaintiff filed his initial complaint in Harford County Circuit Court, Defendants filed a motion to dismiss in that court arguing that Plaintiff lacked standing to sue under Maryland law and that his allegations failed to state a claim. When Plaintiff filed additional paper revealing the removability of the case from state court, Defendants filed a notice of removal, which brought the case to this Court.

In evaluating Defendants' motion to dismiss, this Court raised *sua sponte* the question of subject matter jurisdiction, concluded that it lacked jurisdiction over Plaintiff's suit under Article

III, and dismissed the suit on that basis. (Order at 4). The reason the Court cited for lacking Article III standing is the same reason Defendants argued Plaintiff lacked standing under Maryland law: Plaintiff's Complaint offers no facts to support the existence of an assignment of a valid legal interest from Jane Doe, and thus there are no allegations indicating that Plaintiff has a personal stake in the suit. The Court dismissed the suit on that basis.

Under Fourth Circuit law, remand is the appropriate remedy where a federal court concludes it lacks subject matter jurisdiction over an action removed from state court. *See Roach v. W. Virginia Reg'l Jail & Corr. Facility Auth.*, 74 F.3d 46, 48–9 (4th Cir. 1996). Although some Circuits recognize a futility exception to § 1447(c) where the state court would lack jurisdiction or where there is no legal possibility of a recovery—as here, given that Plaintiff equally lacks standing under state law—the Fourth Circuit does not recognize such a futility exception. *See id.* at 49. *See also Int'l Primate Prot. League v. Administrators of Tulane Educ. Fund*, 500 U.S. 72, 87 (1991). Therefore, Defendants have no objection to remand.[1]

Respectfully submitted:

Craig A. Benson
Paul, Weiss, Rifkind, Wharton & Garrison, LLP
2001 K Street, NW
Washington, DC 20006
Tel: (202) 223-7343
Fax: (202) 204-7343
cbenson@paulweiss.com

*Counsel for Mastercard*

---

[1] Plaintiff's Motion, although confusing, appears to raise a number of additional arguments that are unfounded and, in any event, irrelevant to the relief that he seeks, which is remand. Therefore, in the interests of efficiency, Defendants do not specifically address them here, other than to comment that they are without merit.

*/s/ Colleen M. Lauerman*
Paul J. Zidlicky
Colleen Lauerman
Sidley Austin LLP
1501 K Street, NW #600
Washington, DC 20005
Tel: (202) 736-8000
pzidlicky@sidley.com
clauerman@sidley.com

Benjamin R. Nagin (admitted *pro hac vice*)
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
Tel: (212) 839-5300
bnagin@sidley.com

*Counsel for Citibank, N.A.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of December 2018, I caused a true and correct copy of the Defendants' Response to Plaintiff's Motion for Reconsideration to be served on Plaintiff by overnight mail, as set forth below:

Prescott Lovern, Sr.
15 E. Churchville Road, Suite 150
Bel Air, MD 21014
Phone: (941) 201-1038
prescottlovern@gmail.com
*Plaintiff*

                                                                    _____/s/_____
                                                                    Craig A. Benson
                                                                    Paul, Weiss, Rifkind, Wharton & Garrison, LLP
                                                                    2001 K Street, NW
                                                                    Washington, DC 20006
                                                                    Tel: (202) 223-7343
                                                                    Fax: (202) 204-7343
                                                                    cbenson@paulweiss.com
                                                                    *Counsel for Mastercard*